**Fill in this information to identify the case:**

United States Bankruptcy Court  for the:

Northern _____ District of ___ Illinois _____
(State)

Case number (if known): _____ Chapter _7__

☐ Check if this is an
amended filing

## Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1:    Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

| | |
|---|---|
| 1. **Chapter of the Bankruptcy Code** | *Check one:* <br> ☒ Chapter 7 <br> ☐ Chapter 11 |

### Part 2:    Identify the Debtor

| | |
|---|---|
| 2. **Debtor's name** | Lift Off Chicago, LLC |

| | |
|---|---|
| 3. **Other names you know the debtor has used in the last 8 years** <br><br> Include any assumed names, trade names, or *doing business as* names. | _____ <br> _____ <br> _____ |

| | |
|---|---|
| 4. **Debtor's federal Employer Identification Number (EIN)** | ☒ Unknown <br><br> ___ ___ – ___ ___ ___ ___ ___ ___ ___ <br> EIN |

5. **Debtor's address**

**Principal place of business**

55 W. WACKER
Number     Street

SUITE 750

CHICAGO                      IL      60601
City                          State   ZIP Code

UNITED STATES OF AMERICA
County

**Mailing address, if different**

_____
Number     Street

_____
P.O. Box

_____
City          State   ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number     Street

_____

_____
City          State   ZIP Code

Debtor      Lift Off Chicago, LLC
_____          Case number (if known)_____
            Name

---

6.  **Debtor's website** (URL)     _____

---

7.  **Type of debtor**

☒  Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐  Partnership (excluding  LLP)

☐  Other type of debtor. Specify: _____

---

8.  **Type of debtor's business**

*Check one:*

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐  Railroad (as defined in 11 U.S.C. § 101(44))

☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐  Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒  None of the types of business listed.

☐  Unknown type of business.

---

9.  **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

☒  No

☐  Yes. Debtor _____     Relationship _____

District _____ Date filed _____     Case number, if known_____
                                  MM / DD / YYYY

Debtor _____     Relationship _____

District _____ Date filed _____     Case number, if known_____
                                  MM / DD / YYYY

---

| Part 3: | Report About the Case |
|---|---|

---

10. **Venue**

*Check one:*

☒  Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

☐  A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

---

11. **Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☒  The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐  Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

---

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**

☒  No

☐  Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

---

Debtor    **Lift Off Chicago, LLC**
Name

Case number (if known)_____

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Special Events Rentals, LLC | Vendor | $ 1,641.41 |
| Carlos Magana | Vendor | $ 10,000.00 |
| Norma Martinez | Vendor | $ 7,800.00 |
| | Total of petitioners' claims | $ 19,441.41 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

---

**Part 4:    Request for Relief**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Attorneys**

**Name and mailing address of petitioner**

Special Events Rentals, LLC
Name

1105 W CYPRESS DRIVE
Number    Street

ARLINGTON HEIGHTS    IL    60005
City    State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City    State    ZIP Code

Printed name

Firm name, if any

Number    Street

City    State    ZIP Code

Contact phone _____    Email _____

Bar number

State

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   _4-17-2019_
              MM / DD / YYYY

✗  _Ron Buono_
Signature of petitioner or representative, including representative's title

✗
Signature of attorney

Date signed _____
            MM / DD / YYYY

Debtor _____Lift Off Chicago, LLC_____    Case number *(if known)*_____
         Name

**Name and mailing address of petitioner**

_Carlos Magana_____
Name

_3924 W 55 Place_____
Number    Street

_Chicago_____  _IL_____  _60629____
City                             State         ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____  _____  _____
City                             State         ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _04/16/2019_____
        MM   / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____  _____  _____
City                             State         ZIP Code

Contact phone _____ Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
        MM   / DD / YYYY

**Name and mailing address of petitioner**

_____
Name

_____
Number    Street

_____  _____  _____
City                             State         ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____  _____  _____
City                             State         ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
        MM   / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____  _____  _____
City                             State         ZIP Code

Contact phone _____ Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
        MM   / DD / YYYY

Debtor    Lift Off Chicago, LLC
_____
Name

Case number (if known) _____

**Name and mailing address of petitioner**

Norma Martinez
_____
Name

205 W 41st Street
_____
Number   Street

Westmont        IL       60559
_____
City            State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City            State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04 / 16 / 2019
          MM  / DD  / YYYY

✗ _Norma West_
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number   Street

_____
City            State      ZIP Code

Contact phone _____ Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
           MM  / DD  / YYYY

**Name and mailing address of petitioner**

_____
Name

_____
Number   Street

_____
City            State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City            State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
          MM  / DD  / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number   Street

_____
City            State      ZIP Code

Contact phone _____ Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
           MM  / DD  / YYYY

Scanned with CamScanner

# Sales Receipt



*Be clean and clear!*

**Date** 07/20/2018
**Receipt #** 348

---

Carlos Magana    **SOLD**    Sandra Hernandez
Phone 773-615-0153
alcorchasg@yahoo.com

Chicago IL 60640
Phone 773-769-3400

| Payment Method | Check No. | Job |
|---|---|---|
| Please address checks to Antonia Garcia | | Labor for setting up, installing tents, and rental for tents |

| Description | Unit Price | Discount | Line total |
|---|---|---|---|
| 15'X15' Tent | $700 | | 700.00 |
| 10'X10' Tent | $1000 | | 1000.00 |
| 60'X30' Tent | $1,300 | | 1300.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | |
|---|---|
| Total Discount | |
| Subtotal | |
| Sales Tax | |
| Total | $3,000.00 |

*Thank you for your business!*

# Sales Receipt

Carlos Magana **SOLD** Sandra Hernandez  Phone 773-615-0153 **TO**  Viva Entertainment  alcorchasg@yahoo.com

1106 W Lawrence Ave

Chicago IL 60640

Phone 773-769-3400

| Payment Method | Check No. | Job |
|---|---|---|
| Please address checks to Antonia Garcia | | Labor for setting up and installing tents,  VIP tent and patio |

| Description | Unit | Discount | Line total Price |
|---|---|---|---|
| Set Up Labor | | | |
| Clean Up Labor Throughout Event | | | |
| Tear-Down Labor Post Event | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | |
|---|---|---|
| Total Discount | | |
| Subtotal | | |
| Sales Tax | | |
| Total | | |
| | | $7,000.00 |

Thank you for your business!

# INVOICE

*Norma Martinez*
*205 W 41st Street*
*Westmont, IL  60559*
*312-576-7466*

Date: 8/16/2018
INVOICE # 100

Bill
To

Lift Off Chicago, LLC
55 W Wacker Dr
Chicago, IL  60601

---

5 months of event planning and coordinating services rendered for Lift Off Chicago Festival August 11-12, 2018.

| | |
|---|---|
| Professional Fees | $12,000.00 |
| Less Payment Rcv'd | ($ 4,200.00) |
| Balance Due | $ 7,800.00 |

# LEASE AGREEMENT
# INVOICE

DATE    13 Aug, 2018

FROM:  SPECIAL EVENT RENTALS, LTD
       1105 CYPRESS DRIVE
       ARLINGTON HEIGHTS, IL 60005

PHONE:  708-450-9600
FAX:    847 259 5156
serentals@sbcglobal.net

TO:    Lift Off Chicago, LLC
       55 W Wacker Dr Suite 750
       Chicago, IL  60606

       Attn:   Normar Martinez    312-576 7466
               norma@lof18.c0m

For Labor and Services:       DAMAGES & EXTRA CARTS

| Quantity | | | Unit Price | Amount |
|---|---|---|---|---|
| 3 | 4 seat golf carts for | 2 days    (delivered Sat 8-11-18) | $170.00 | $510.00 |
| 3 | carts filled w/gas | | $20.00 | $60.00 |
| 1 | remove & replace broken rack & pinion steering assembly | # SRA 2000 | $220.74 | $220.74 |
| 1 | remove & replace broke tie rod end left side | TRE 200L | $27.40 | $27.40 |
| 1 | remove & replace bent front brush guard | BG 2000 | $170.00 | $170.00 |
| 5.5 | hours labor | | $75.00 | $412.50 |
| 1 | service call charge | (remove & exchange 2 damaged carts) | $200.00 | $200.00 |

Location:   Union Park
            Ogden & Randolph
            Chicago

**TERMS:  PAYMENT IS DUE UPON RECEIPT**

| | |
|---|---|
| Sub Total | $1,600.64 |
| Sales Tax | $40.77 |
| **TOTAL** | **$1,641.41** |