Form 7-2

# United States Bankruptcy Court
# Northern District Of Illinois
### EASTERN DIVISION

**SEAL COPY**

In re Lift Off Chicago, LLC ,  )  Case No. 19-11408
)
Debtor*  )
)  Chapter  7
)

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor: Lift Off Chicago, LLC

A petition under title 11, United States Code was filed against you in this bankruptcy court on 4-19-19 (date), requesting an order for relief under chapter 7 of the Bankruptcy Code (title 11 of the United States Code).

YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

Address of the clerk:  Clerk of the U.S. Bankruptcy Court
219 South Dearborn Street, Room 713
Chicago, IL 60604

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

Name and Address of Petitioner's Attorney:  Ariel Weissberg, Esq., Weissberg and Associates, Ltd.
401 S. LaSalle St., Suite 403
Chicago, IL 60605

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Room |
|---|---|
| Judge LaShonda A. Hunt<br>219 S Dearborn St.<br>Chicago, IL 60604 | 719 |
|  | Date & Time<br>May 16, 2019 at 10:30AM |

If you fail to respond to this summons, the order for relief will be entered.

Jeffrey P. Allsteadt  (Clerk of the Bankruptcy Court)

Date: 4-24-19   By _Cynthia Carmell_ (Deputy Clerk)

* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R. Bankr. P. 1005).