**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| In re Lift Off Chicago, LLC          ) | |
|                                                    ) | |
| Involuntary Debtor,                   ) | |
|                                                    )      19-bk-11408 | |
|                                                    )      Involuntary Petition filed pursuant to | |
|                                                    )      Chapter 7 | |
| _____ )      Hon. Judge LaShonda A. Hunt | |

<u>**AMENDED NOTICE OF MOTION**</u>

**To: Counsel of Record**

PLEASE TAKE NOTICE that the **<u>MOTION FOR RELIEF FROM MAY 17, 2019</u>**

**<u>ORDER OR, IN THE ALTERNATIVE, FOR ADDITIONAL TIME TO COMPLY WITH</u>**

**<u>ORDER</u>**, *previously served on you on June 5, 2019,* will be presented in the United States

Bankruptcy Court for the Northern District of Illinois, Honorable LaShonda A. Hunt, presiding,

or to the Honorable Judge sitting in her stead in **<u>Courtroom 719</u>**, on **<u>Thursday, June 13, 2019</u>** at

the hour of **10:30AM** or as soon thereafter as this motion may be heard and that undersigned

counsel will seek a hearing thereon, *instanter*.

Dated: June 9, 2019                                    Jasmina de la Torre


Jasmina Dj. de la Torre (IL ARDC 6256929)
JBR Law Group, LLC                              */s/ Jasmina de la Torre_*
321 S. Plymouth Court, Suite 1250          *One of the attorneys for*
Chicago, IL 60604                                   *Ivan Lopez*
Tel.: (312) 461-1005, x104
jasmina@lawatjbr.com


<u>**CERTIFICATE OF SERVICE**</u>

      **The undersigned, an attorney, hereby certifies that she caused copies of the attached
Notice of Motion and the motion named therein to be served upon all counsel of record via
ECF on this 9th day of June, 2019 before the hour of 7:00PM.**

*/s/ Jasmina de la Torre*